■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORAH GEORG, Appellant. [909 NYS2d 410]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Braslow, J.), imposed August 10, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Rivera, J.P., Angiolillo, Eng and Roman, JJ., concur.